**40**

144 A.3d 1252

**STATE of Maryland**

v.

**Darrell BOWMAN**

**No. 108, Sept. Term, 2015**

Court of Appeals of Maryland.

Filed: August 26, 2016

Submitted by Cathleen C. Brockmeyer, Assistant Attorney General (Brian E. Frosh, Attorney General of Maryland of Baltimore MD) for Petitioner.

Submitted by Brian M. Saccenti, Assistant Public Defender (Paul B. De Wolfe, Public Defender of Maryland of Baltimore, MD) for Respondent.

Argued before Barbera, C.J., Greene, Adkins, McDonald, Watts, Hotten, Getty, JJ.

## PER CURIAM ORDER

The Court having considered and granted the State's petition for a writ of certiorari in the above entitled case in light of the Court's holding in State v. Adams–Bey, 449 Md. 690, 144 A.3d 1200 (2016), it is this 26th day of August, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to that Court with instructions to vacate the judgment of the Circuit Court for Prince George's County, and remand the case to the circuit court with instructions to determine whether Respondent waived any claim under Unger v. State, 427 Md. 383, 48 A.3d 242 (2012), given that Respondent's trial occurred after this Court issued its opinion in Stevenson v. State, 289 Md. 167, 423 A.2d 558 (1980). Prince George's County to pay costs in this Court and in the Court of Special Appeals.